## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – AT DAYTON

| | |
|---|---|
| **MICHELE A. ARCHIBALD** : | Case No. 3:11-cv-348 |
| Plaintiff, : | (JUDGE TIMOTHY S. BLACK) |
| v. : | |
| **THE SCHAEFER GROUP, INC., ET AL.** : | **AGREED ORDER OF DISMISSAL** |
| Defendants. : | |

Upon an agreement of the parties which has been reviewed and approved by the Court, this case is hereby dismissed, with prejudice, as to all claims which were made or could have been made by Plaintiff against Defendants and by Defendants against Plaintiff. All court costs to be paid by Plaintiff.

SO ORDERED.

_Timothy S. Black_
JUDGE

Agreed:

s/David M. Duwel
David M. Duwel (0029583)
DUWEL LAW
130 West Second Street, Ste. 2101
Dayton, Ohio 45402
Ph: (937) 297-1154
Fax: (937) 297-1152
Email: david@duwellaw.com
Attorney for Plaintiff

s/Stephen A. Watring
Stephen A. Watring (0007761)
DUNLEVEY, MAHAN & FURRY
110 North Main Street, Suite 1000
Dayton, Ohio 45402
Ph: (937) 223-6003
Fax: (937) 223-8550
Email: saw@dmfdayton.com
Attorney for Defendants